UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bradly Alan Armstrong

Petitioner,

vs.

ORDER
Cr. No. 99-126(MJD/JGL)
Civ. No. 01-186(MJD)

United States of America,

Respondent.

---

This matter is before the Court upon Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Having reviewed the submissions of the parties, the Court finds that an evidentiary hearing is warranted on the issue of whether Petitioner requested his attorney to file an appeal on his behalf, and that said counsel failed to file such appeal.

IT IS HEREBY ORDERED that:

1. The evidentiary hearing is set for November 16, 2001 at 11:00 a.m.

2. The Court, finding that Petitioner is in need of counsel, and is financially unable to employ counsel, hereby appoints the Federal Public Defender to represent him for the evidentiary hearing.

Date: 10-18-01

Michael J. Davis
United States District Court

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK